UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>Plaintiff(s),<br>v.<br><br>Francisco Vasquez<br><br>Defendant(s). | CASE NUMBER<br><br>CR 95-909 JGD<br><br>NOTICE OF REASSIGNMENT<br>OF CASE DUE TO UNAVAILABILITY<br>OF JUDICIAL OFFICER |

TO:   ALL COUNSEL APPEARING OF RECORD:

    The Judge to whom the above-entitled case was previously assigned is no longer available.  The case has been identified as a "Crack Cocaine Amendment Potentially Eligible Case" by the Administrative Office for the U. S. Courts, U. S. Sentencing Commission, U. S. Probation Office, or other sources.

    YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief United States District Judge, and in accordance with the rules of this Court, the above-entitled case has been returned to the Clerk for random reassignment.

    Accordingly, this case has been randomly assigned to the Honorable   Stephen V. Wilson   U. S. District Judge for all further proceedings.

    Please substitute the initials of the newly assigned Judge so that the new case number will read:   **CR 95-909 SVW**  .  This is very important because documents are routed by the initials.

CLERK U.S. DISTRICT COURT

Date:  February 27, 2008                         By:   Vangelina Pina,
                                                                                                       Deputy Clerk